**JOHN J. TALTON, CHAPTER 13 TRUSTEE**

Payee: Clerk of the Court   Case 10-10768   Doc 118   Filed 01/08/16   Entered 01/08/16 08:54:01   Desc Main Document   Page 1 of 2

Check #.: **1106188**
Date: 01/08/2016

Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1010768 | 00049 | TRAVIS LEE SNEAD & JULIANNE SNEAD<br>Original Check written to:<br>STARLA MIMS<br>401 FARMER<br>SHEPHERD, TX,   77371-6137 | 6629 | 0.00 | 4,478.10 | 0.00 | 4,478.10 |
| | | | **TOTALS** | 0.00 | 4,478.10 | 0.00 | 4,478.10 |