**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court

Check #.: **1106189**
Date: 01/08/2016

Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1010768 | 00051 | TRAVIS LEE SNEAD & JULIANNE SNEAD | 2497 | 0.00 | 1,938.49 | 0.00 | 1,938.49 |
| | | Original Check written to: | | | | | |
| | | STARLA MIMS | | | | | |
| | | 401 FARMER | | | | | |
| | | SHEPHERD, TX,   77371-6137 | | | | | |
| | | | **TOTALS** | 0.00 | 1,938.49 | 0.00 | 1,938.49 |